**Dismiss and Opinion Filed January 26, 2021**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00239-CV**

**ANGELOS KOLOBOTOS, A/K/A**
**ANGELOS KOLOMBOTOS, A/K/A**
**ANGELOS KOLOBOTAS, A/K/A**
**ANGELOS KOLMBOTOS, A/K/A**
**ANGELOS KOLOBETOS, AKA**
**ANGELOS KOLOBOPOS, D/B/A**
**STAMATINA HOLDINGS, LLC, D/B/A**
**SOLEGNA HOLDINGS LLC**
**AND KOLOBOTOS PROPERTIES, LLC D/B/A**
**KOLOBOTOS PROPERTY LLC, D/B/A**
**KOLOBOTOS PPTIES LLC, Appellants**
**V.**
**CITY OF DALLAS, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-16384**

# MEMORANDUM OPINION

Before Justices Myers, Osborne, and Carlyle
Opinion by Justice Carlyle

On December 16, 2020, after appellants failed to file their brief, we directed

appellants to file the brief within ten days and cautioned them that failure to comply

would result in dismissal of the appeal without further notice. *See* TEX. R. APP. P.

38.8(a)(1). To date, the brief has not been filed. Accordingly, we dismiss the appeal.

*See id.* 38.8(a)(1), 42.3(b),(c).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

200239F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

ANGELOS KOLOBOTOS, AKA
ANGELOS KOLOMBOTOS, AKA
ANGELOS KOLOBOTAS, AKA
ANGELOS KOLMBOTOS, AKA,
ANGELOS KOLOBETOS, AKA
ANGELOS KOLOBOPOS, D/B/A
STAMATINA HOLDINGS LLC,
D/B/A SOLEGNA HOLDINGS
LLC, AND KOLOBOTOS
PROPERTIES, LLC, D/B/A
KOLOBOTOS PROPERTY LLC,
D/B/A KOLOBOTOS PPTIES LLC,
Appellants

On Appeal from the 44th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-17-16384.
Opinion delivered by Justice Carlyle,
Justices Myers and Osborne
participating.

No. 05-20-00239-CV        V.

CITY OF DALLAS, Appellee

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee City of Dallas recover its costs, if any, of this appeal from appellants Angelos Kolobotos, AKA Angelos Kolombotos, AKA Angelos Kolobotas, AKA Angelos Kolmbotos, AKA, Angelos Kolobetos, AKA Angelos Kolobopos, D/B/A Stamatina Holdings LLC, D/B/A Solegna Holdings LLC, and Kolobotos Properties, LLC, D/B/A Kolobotos Property LLC, D/B/A Kolobotos Ppties LLC.

Judgment entered this 26th day of January, 2021.